**Order filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00324-CV
_____

### JESSE ANDREW LOPEZ, Appellant

### V.

### SHARI GRACE OCCHIOGROSSO, Appellee

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCV-240212**

## O R D E R

Appellant's brief was due October 11, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 24, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM